UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Sammi H. Addahoumi,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Harris Pastides, Dennis Pruitt, Bobby Gist, Alisa Ligget, Maureen Grewe, Augusta Schneider, Timothy Bedford, Leslie G. Wiser, Jr., Josef Olmert, Jane Doe, Carl R. Wells and Officer Newton,<br><br>　　　　　　　Defendants. | ) Case No.:   3:16-01571-CMC-SVH<br>)<br>)<br>) **MOTION TO BE RELIEVED AS**<br>)  **COUNSEL & THIRTY DAY STAY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Counsel for Plaintiff hereby moves pursuant to be removed as counsel for the Plaintiff, and for a 30 day stay of the case to allow Plaintiff to seek new counsel, on the grounds that counsel cannot represent Plaintiff's interests, as counsel and client are unable at work together or agree on any manner of proceeding and client has directed counsel to withdraw.

　　　Plaintiff has consulted with counsel for the Defendants, who does not object.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Wm. Gary White, III.
　　　　　　　　　　　　　　　　　　　　2009 Lincoln Street
　　　　　　　　　　　　　　　　　　　　Columbia, South Carolina 29201
　　　　　　　　　　　　　　　　　　　　(803) 767-3953
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

August 30, 2016