# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Sammi H. Addahoumi, ) | C.A. No.: 3:16-cv-01571-CMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PLAINTIFF'S MOTION TO ENLARGE |
| ) | THE TIME TO FILE HIS MEMORANDUM |
| Harris Pastides, Dennis Pruitt, Bobby Gist, ) | IN OPPOSITION TO DEFENDANTS' THIRD |
| Alisa Ligget, Maureen Grewe, ) | MOTION TO DISMISS & TO ENLARGE |
| Augusta Schneider, Timothy Bedford, ) | THE TIME TO FILE AMENDED |
| Leslie G. Wiser, Jr., Josef Olmert, Jane Doe, ) | MEMORANDA IN OPPOSITION TO |
| Carl R. Wells and Officer Newton, ) | DEFENDANTS' FIRST AND SECOND |
| ) | MOTIONS TO DISMISS |
| Defendants. ) | |
| ) | |

You will please take notice that Plaintiff, by and through his undersigned counsel, does hereby move this Court for an Order enlarging the time in which Plaintiff is required to file his Memorandum in Opposition to Defendants Gist, Wells, and Newton's Motion to Dismiss and/or Quash Service dated September 27, 2016 by six days; such that Plaintiff's time to file his Memorandum would be extended from October 11, 2016 until October 17, 2016.

Plaintiff further moves this Court for an Order allowing Plaintiff until October 17, 2016 to file an Amended Memorandum in Opposition to Defendants Pastides, Grewe, Schneider, and Bedford's Motion to Dismiss dated August 8, 2016 and an Amended Memorandum in Opposition to Defendants Liggett, Wiser, and Olmert's Motion to Dismiss dated September 12, 2016.

Plaintiff requests these enlargements of time as being in the interest of justice; Plaintiff has recently switched attorney's and Plaintiff's new counsel needs time to learn the details of the case.

1

Pursuant to Local Civil Rule 6.01, Plaintiff further provides the Court with the following information:

1)  Date of the current deadline:				October 11, 2016

2)  Has this deadline been previously extended:		No

3)  Number of additional days requested:			6

    Date of new deadline:					October 17, 2016

4)  Will this extension affect other deadlines:		No

On September 30, 2016, Plaintiff's counsel requested the consent of William H. Davidson, II, Esquire, and Kenneth P. Woodington, Esquire, Attorneys for Defendants to this motion, but had not received a response as of the time of filing.

ORMOND DUNN

s/Benjamin A. Dunn, II
Benjamin A. Dunn, II
301 Stoneridge Drive
Columbia, South Carolina 29210
(p)  803.933.9000
(f)   803.828.7404
Ben@OrmondDunn.com

Columbia, South Carolina			Fed. I.D. No. 10993
September 30, 2016				Attorney for Plaintiff

2