UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sammi H. Addahoumi, | ) | C.A. No.: 3:16-cv-01571-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO BE RELIEVED |
| | ) | AS COUNSEL |
| Harris Pastides, Dennis Pruitt, Bobby Gist, | ) | |
| Alisa Ligget, Maureen Grewe, | ) | |
| Augusta Schneider, Timothy Bedford, | ) | |
| Leslie G. Wiser, Jr., Josef Olmert, Jane Doe, | ) | |
| Carl R. Wells and Officer Newton, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned Benjamin A. Dunn, II hereby moves to be relieved as counsel for the Plaintiff, Sammi H. Addahoumi, in accordance with Local Civ. Rule 83.I.07 (D.S.C.). The undersigned seeks to withdraw because after detailed consultation, he and Mr. Addahoumi have been unable to agree on the outcome to be sought in prosecuting this action.

Plaintiff initially expressed his consent to counsel's relief and agreed to sign the attached statement. However, Plaintiff requested the undersigned file an Amended Complaint, drafted by Plaintiff, prior to withdrawing. The undersigned agreed and filed the Amended Complaint on June 19, 2017. Since that time, Plaintiff has not sent counsel the signed consent to his relief and has further failed to respond to counsel's phone or email messages.

Per Local Civ. Rule 83.I.07(B)(1) (D.S.C.), Plaintiff's contact information is listed below:

Mr. Sammi Addahoumi
910 Lacy Street
Columbia, South Carolina 29201
(803) 741-4845

1

Per Local Civ. Rule 83.I.07(B)(3) (D.S.C.), by affixing his signature below, the undersigned certifies that he has provided a copy of this motion to Plaintiff (via email and US Mail) along with an explanation of his right to object to counsel's withdrawal. This explanation informed Plaintiff of the date this motion was filed and stated that any objection or response he wished to file must be received by the Court within seventeen (17) days of the filing date. The undersigned further advised Plaintiff that his objection or response may be in the form of a signed letter.

Defendants' counsel, William H. Davidson, II, Esquire, has kindly given his consent to this motion.

ORMOND | DUNN

s/Benjamin A. Dunn, II
Benjamin A. Dunn, II
301 Stoneridge Drive
Columbia, South Carolina 29210
(p) 803.933.9000
(f) 803.828.7404
Ben@OrmondDunn.com

Columbia, South Carolina
July 8, 2017

Fed. I.D. No. 10993
Attorney for Plaintiff