AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Sammi H. Addahoumi,<br>*Plaintiff*<br>v.<br>Harris Pastides; Dennis Pruitt;Bobby Gist; Alisa Ligget; Maureen Grewe; Augusta Schneider; Timothy Bedford; Leslie G. Wiser, Jr.; Josef Olmert; Carl R. Wells; Officer J. Newton; USC Board of Trustees; Scott Prill; Richard L. Frierson,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.     3:16-cv-01571-CMC |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The plaintiff, Sammi H. Addahoumi, shall take nothing of the defendants; Harris Pastides; Dennis Pruitt;Bobby Gist; Alisa Ligget; Maureen Grewe; Augusta Schneider; Timothy Bedford; Leslie G. Wiser, Jr.; Josef Olmert; Carl R. Wells; Officer J. Newton; USC Board of Trustees; Scott Prill; Richard L. Frierson, and this action is dismissed with prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting Defendants' motion to dismiss.


Date:   January 31, 2018                                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/M. Walker
                                                                                      _____
                                                                                        *Signature of Clerk or Deputy Clerk*