IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sammi H. Addahoumi,<br>Plaintiff,<br><br>vs.<br><br>Harris Pastides, Dennis Pruitt, Bobby Gist,<br>Alisa Liggett, Maureen Grewe, Augusta Schneider,<br>Timothy Bedford, Leslie G. Wiser, Jr., Josef Olmert,<br>Scott Prill, Carl R. Wells, Officer J. Newton,<br>Richard L. Frierson, and the University of South<br>Carolina Board of Trustees,<br>Defendants. | Civil Action No. 3:16-cv-1571-CMC-SVH<br><br>AMENDED NOTICE OF APPEAL |

Notice is hereby given that Sammi H. Addahoumi, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered January 30, 2018, granting Defendants' motions to dismiss for failure to comply with Rules 8(a) and 10(b) and dismissed Plaintiff's case with prejudice. ECF Nos. 80 (Order), 81 (Judgment).

AND

Notice is hereby given that Sammi H. Addahoumi, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Opinion and Order entered May 8, 2018, denying Plaintiff's Motion for Reconsideration and finding Plaintiff's motion to file amended complaint moot. ECF No. 98 (Order)

*[signature]*

May 30, 2018

Sammi Addahoumi

910 Lacy Street

Columbia, SC 29201

(803) 741-4845

delimansc@gmail.com